# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dennis Miller,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                  3-05-cv-300-2

Herb Jackson, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/05 Order.

**Signed: July 8, 2005**

Frank G. Johns, Clerk
United States District Court